1615661

AO 442 (Rev. 11/11) Arrest Warrant
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 0090 1:20CR00029-001 |
| Cian Pridgen | ) |
| | ) |

S. MARSHAL-DC PM 4:49
RECEIVED OCT 4 '23

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Cian Pridgen

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: 18:751(a); PRISONER IN CUSTODY OF INSTITUTION OR OFFICER;
Escape from Custody

Date: 10.4.2023

City and State: Washington, DC

Dorothy D Jones-Patterson
Digitally signed by Dorothy D Jones-Patterson
Date: 2023.10.04 15:57:48 -04'00'

*Issuing Officer's Signature*

D. Jones Patterson
*Printed Name and Title*

### Return

This warrant was received on *(date)* 10/18/23, and the person was arrested on *(date)* 05/06/25
at *(city and state)* Montgomery, AL

Date: 5/7/25

*Arresting Officer's Signature*

DUSM E. MCCAIN
*Printed Name and Title*